UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE BRICKLAYERS PENSION TRUST FUND, ET AL,

    Plaintiffs,                    Case No.: 11- cv-10699
                                                      Hon.  PATRICK J. DUGGAN

v.

HICKS MASONRY CO., LLC, ET AL,

    Defendants.

_____/

| EDWARD J. PASTERNAK (P58766) | LIONEL E. BASHORE (P58599) |
|---|---|
| Novara Tesija, P.L.L.C. | KEVIN S. GREEN (P67515) |
| Attorneys for Plaintiffs | Bashore Green Law Group |
| 2000 Town Center, Suite 2370 | Attorneys for Defendants |
| Southfield, Michigan 48075-1314 | 49100 Van Dyke Avenue |
| PH (248) 354-0380 / FX (248) 354-0393 | Shelby Township, Michigan 48317 |
| E-Mail: ejp@novaratesija.com | PH (586) 803-0500 / FX (586) 803-0501 |
|  | E-Mail: lionel@bglawpc.com |
|  | E-Mail: kevin@bglawpc.com |

_____/

## ORDER WITHDRAWING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND SCHEDULE FOR RESPONSIVE PLEADING

      This matter having come before the Court on the Stipulation of the parties; the parties having worked out an agreement regarding the date for Defendants to file their responsive pleadings and for withdrawal of Plaintiffs' Motion for Default Judgment; the schedule meeting with the approval of the Court; and the Court being otherwise fully advised in the premises;

      IT IS ORDERED that Plaintiffs' Motion for Default Judgment to be heard on August 18, 2011, is hereby withdrawn.

      IT IS FURTHER ORDERED that Defendants' shall file a response pleading to Plaintiffs' complaint on or before August 31, 2011.

                                                                                s/Patrick J. Duggan
                                                                                Patrick J. Duggan
                                                                                United States District Judge

Dated: August 15, 2011
      I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, August 15, 2011, by electronic and or ordinary mail.
                                                                                 s/Marilyn Orem
                                                                                Case Manager