# Subcontract No. 12.6047-003

| | |
|---|---|
| *Project:* | DFCU Financial - Novi |
| *Project No.:* | 6047 |
| *Owner:* | DFCU Financial |
| *Architect:* | Arconcepts, Inc. |
| *Agreement:* | Made and entered into on June 13, 2011, by and between; |
| *Contractor:* | **COLASANTI CONSTRUCTION SERVICES, INC.**<br>672 Woodbridge, Suite 100, Detroit, MI 48226<br>Office Contact: Tom Prister  Phone: 313-567-0060 Fax: 313-567-7713<br>Job Site Contact: Scott Ampe  Phone: 586-839-9439 |
| *and Subcontractor:* | **HMC MASON CONTRACTORS**<br>14315 Industrial Center Dr., Suite A, Shelby Twp., MI 48315<br>Contact: Matthew Hicks  Phone: 586-566-3844 Fax: 586-532-8783 |
| *For:* | **MASONRY WORK** |
| *Price:* | One Hundred Twelve Thousand and No/100 Dollars ($112,000.00) |
| *Cost code:* | 04.00.000 |
| *Taxes:* | All applicable taxes are **INCLUDED** in the Subcontract Price. |
| *Bonds:* | Performance/Payment Bonds: [ ] **REQUIRED & INCLUDED** in Subcontract Price.<br>[X] **NOT REQUIRED** at this time. |
| *Payments:* | Submit applications for payment at intervals as directed by Contractor. Applications are subject to a **ten percent (10%)** retention in accordance with Subcontract Documents. Applications shall be paid in accordance with the Standard Terms and Conditions attached. |
| *Billing Address:* | Colasanti Construction Services, Inc.<br>672 Woodbridge, Suite 100<br>Detroit, MI 48226 |
| *Site Address:* | 39570 Ten Mile Road<br>Novi, MI 48315<br>*(All deliveries to Project Site must be marked care of Subcontractor)* |



12) Provide masonry mock-up(s) for Owner review and approval.
13) Perform layout for all work relating to scope as specified herein from established control provide by Contractor.
14) Include all traffic control necessary for your work.

C) Subcontract Scope of Work and Price specifically excludes:
1) Exterior 3/8" limestone tile.

**THIS SUBCONTRACT AGREEMENT** and documents incorporated by reference herein sets forth the sole and entire agreement between **CONTRACTOR** and **SUBCONTRACTOR** related to the matter hereof, and supersedes all prior understandings, agreements and documents relating to such subject matter. Any modifications to this Subcontract must be in writing and signed by both **CONTRACTOR** and **SUBCONTRACTOR**.

Subcontractor is:

____ A partnership, full names of all Partners being: _____.

____ An individual whose signature appears below.

____ A corporation incorporation under the laws of the state of _____ for whom the undersigned is authorized to sign contracts.

✓ A limited liability company under the laws of the state of Michigan for whom the undersigned is authorized to sign contracts.

____ Other: A _____ under the laws of the state of _____ for whom the undersigned is authorized to sign contracts.

**BY SIGNATURE** hereafter, the under signed represents that he or she is an officer of the company or is duly authorized by board resolution or otherwise to execute this Subcontract on behalf of the Subcontractor.
IN WITNESS WHEREOF the parties have executed this Subcontract Agreement under seal, effective the day, month and year first written on page one (1) herein.

*Witnessed by:*

*Subcontractor:*
By: _____
Name printed: HAITHICKS
Title printed: VP OPERATIONS
Subcontractor Federal ID No: 38346663 -

*Witnessed by:*

*Contractor:* Colasanti Construction Services, Inc.
By: _____
Donald Kosnik   Vice President



Colasanti Construction Services, Inc.     08538     HMC MASON CONTRACTORS

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 9-30-11 | 6047-002 | 6047/MASONRY | 25872.00 | | 23285.00 |

| CHECK DATE | 10-24-11 | CHECK NUMBER | 8265 | TOTAL > | 25872.00 | | 23285.00 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

Colasanti Construction Services, Inc.     08538     HMC MASON CONTRACTORS

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 9-30-11 | 6047-002 | 6047/MASONRY | 25872.00 | | 23285.00 |

| CHECK DATE | 10-24-11 | CHECK NUMBER | 8265 | TOTAL > | 25872.00 | | 23285.00 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

TAC (TM) JBURLISON 55959038-C8628E-49D1-E8 10/24/2011 11.55 01   8285 23285 00

Colasanti Construction Services, Inc.
72 Woodbridge
Suite 100
Detroit, MI 48226
3-567-0060

Comerica Bank
Detroit, Michigan

9-9 / 720

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| October 24, 2011 | 8265 | $*****23,285.00 |

Pay: ******Twenty-three thousand two hundred eighty-five dollars and no cents

COLASANTI CONSTRUCTION SERVICES A/P
COPY_DESC Not Found

** VOID * VOID * VOID **

TO THE ORDER OF:
HMC MASON CONTRACTORS
14315 INDUSTRIAL CENTER DR
SUITE A
SHELBY TWP, MI 48315

**** NOT NEGOTIABLE ****
SECOND SIGNATURE REQUIRED ABOVE $5000.00

| | | AIA DOCUMENT G702 | PAGE ONE OF | PAGES |

TO OWNER: COLASANTI CONST. SVCS  
672 WOODBRIDGE STE 100  
DETROIT, MI 48226

PROJECT: DFCU FINANCIAL  
NOVI

APPLICATION NO: 2

PERIOD TO: 9/15/2011

Distribution to:  
[ ] OWNER  
[ ] ARCHITECT  
[ ] CONTRACTOR

FROM CONTRACTOR:  
HMC MASON CONTRACTORS  
14391 23 MILE ROAD  
SHELBY TOWNSHIP, MI 48315

VIA ARCHITECT:

PROJECT NOS: HMC M11-18   6047

CONTRACT DATE: 6/13/2011

CONTRACT FOR: MASONRY

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM .................................................. $ 112,000.00
2. Net change by Change Orders .............................................. $
3. CONTRACT SUM TO DATE (Line 1 ± 2) ................................. $ 112,000.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) .. $ 100,880.00
5. RETAINAGE:
   a. 10 % of Completed Work
      (Column D + E on G703)        $ 10,088.00
   b. ____ % of Stored Material
      (Column F on G703)            $
   Total Retainage (Lines 5a + 5b or
   Total in Column I of G703) ................................................ $ 10,088.00
6. TOTAL EARNED LESS RETAINAGE
   (Line 4 Less Line 5 Total) ................................................... $ 90,792.00
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) .............................. $ 67,507.20
8. CURRENT PAYMENT DUE .................................................... $ 23,284.80
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6) .............................................................. $ 21,208.00

Handwritten: 25,872 / 2,587 / 23,285

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | 0.00 | 0.00 |
| NET CHANGES by Change Order | 0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: HMC MASON CONTRACTORS  
14315 INDUSTRIAL CENTER DRIVE, SHELBY TWP, MI 48315

By: _____ Date: 9-15-11

State of: Michigan    County of: Macomb  
Subscribed and sworn to before me this 15th day of Sept 2011  
Notary Public: _____  
My Commission expires: 12/17/13

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............. $

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

# CONTINUATION SHEET

AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

PAGE OF PAGES 2

APPLICATION NO:
APPLICATION DATE: 09/15/11
PERIOD TO: 09/15/11
ARCHITECT'S PROJECT NO: M11-18
G.C. PROJECT NO: 6047 DFCU

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | MOBILIZATION | 2,000.00 | 2,000.00 | 0.00 | | 2,000.00 | 100.00% | | 0.00 |
| 2 | SUBMITTALS | 2,000.00 | 2,000.00 | 0.00 | | 2,000.00 | 100.00% | | 0.00 |
| 3 | MASONRY CMU MATERIAL | 12,000.00 | 12,000.00 | 0.00 | | 12,000.00 | 100.00% | | |
| 4 | BRICK/LIMESTONE MATERIAL | 16,000.00 | 8,000.00 | 4,800.00 | | 12,800.00 | 80.00% | 3,200.00 | |
| 5 | CMU LABOR | 29,200.00 | 29,200.00 | 0.00 | | 29,200.00 | 100.00% | | |
| 6 | BRICK LABOR | 27,000.00 | 5,400.00 | 16,200.00 | | 21,600.00 | 80.00% | 5,400.00 | |
| 7 | MASONRY ACCESSORIES | 7,000.00 | 7,000.00 | 0.00 | | 7,000.00 | 100.00% | | |
| 8 | GENERAL CONDITIONS/FEES | 16,800.00 | 9,408.00 | 4,872.00 | | 14,280.00 | 85.00% | 2,520.00 | |
| | GRAND TOTALS | 112,000.00 | 75,008.00 | 25,872.00 | 0.00 | 100,880.00 | 90.07% | 11,120.00 | 0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA® · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5232

G703-1992

# SWORN STATEMENT

State of Michigan  
County of Macomb

Date: 9/15/2011

M11-18

INVOICE 2

MATT HICKS, VP of OPERATIONS, being duly sworn, deposes and says:

That he makes the Sworn Statement on behalf of HMC MASON CONTRACTORS LLC., who is the Contractor for an improvement to the following described real property situated in NOVI, described as follows:

DFCU FINANCIAL

HAZEL PARK INTERIOR RENOVATION

That the following is a statement of each subcontractor and supplier and laborer, for which laborer the payment of wagesd or fringe benefits and withholdings is due but unpaid, with whom the contractor has subcontracted for performance under the contract with the owner or lessee thereof, and that the amounts due to the persons as of the date hereof are correctly and fully set forth opposite their names, as follows:

| Name of Subcontractor | Type of Improvement | Initial Contract amount | Change orders | Adjusted Contract amount | Amount already paid | Amount currently owed | Balance to complete | Amount of laborer wages fringe benefits & withholding due but unpaid |
|---|---|---|---|---|---|---|---|---|
| HMC MASON CONTRACTORS 14315 INDUSTRIAL CENTER DR SHELBY TWP, MI 48315 | MASONRY | 112,000 | (10,753) | 101,247 | | 75,008 | 26,239 | |
| BRICKLAYERS | FRINGES | | | - | | - | - | |
| GENERAL SHALE BRICK PO BOX 5825 CAROL STREAM IL | MATERIAL | | 7,681 | 7,681 | | 7,681 | (0) | |
| MASON PRO 43300 SEVEN MILE RD NORTHVILLE, MI | MATERIAL | | 3,072 | 3,072 | | 3,072 | (0) | |
| TOTALS | | 112,000 | (0) | 112,000 | - | 85,761 | 26,239 | 0.00 |

(SOME COLUMNS ARE NOT APPLICABLE TO ALL PERSONS LISTED)

That the contractor has not procured material from, or subcontracted with, any person other than those set forth above and owes no money for the improvement other than the sums set forth above.

Deponent further says that he or she makes the foregoing statement as the contractor or as President of the contractor for the purpose of representing to the owner or lessee of the above-described premises and his or her agents that the above-described property is free from claims of construction liens, or the possibility of construction liens, except as specifically set forth above and except for claims of construction liens by laborers which may be provided pursuant to Section 109 of the Construction Lien Act, Act No. 497 of the Public Acts of 1980, as amended, being Section 570.1109 of the Michigan Compiled Laws.

WARNING TO OWNER OR LESSE: AN OWNER OR LESSEE OF THE PROPERTY SHALL NOT RELY ON THIS SWORN STATEMENT TO AVOID THE CLAIM OF A SUBCONTRACTOR, SUPPLIER, OR LABORER WHO HAS PROVIDED A NOTICE OF FURNISHING OR A LABORER WHO MAY PROVIDE A NOTICE OF FURNISHING PURSUANT TO SECTION 109 OF THE CONSTRUCTION LIEN ACT, 1980 PA 497, MCL 570.1109, TO THE DESIGNEE OR TO THE OWNER OR LESSEE IF THE DESIGNEE IS NOT NAMED OR HAS DIED.

Deponent

WARNING TO DEPONENT: A PERSON, WHO WITH INTENT TO DEFRAUD, GIVES A FALSE SWORN STATEMENT IS SUBJECT TO CRIMINAL PENALTIES AS PROVIDED IN SECTION 110 OF THE CONSTRUCTION LIEN ACT, ACT NO. 497 OF THE PUBLIC ACTS OF 1980, AS AMENDED, BEING SECTION 570.1110 OF THE MICHIGAN COMPILED LAWS.

Subscribed and sworn to before me this 15 day of Sept., 2011

Notary Public, .................................................. MACOMB County, Michigan.

My commission expires: ..... 12/17/2013

CAROL L BEAVER
Notary Public, Macomb County, MI
My Commission Expires 12/17/13